**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Counsel for Plaintiffs

(*additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NAYMISH PATEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZOOMPASS HOLDINGS, INC., ROBERT LEE, and BRIAN MORALES,<br><br>Defendants. | No.: 2:17-cv-03831-JLL-JAD<br><br>**NOTICE OF NON OPPOSITION OF THE ZOOMPASS INVESTOR GROUP TO COMPETING LEAD PLAINTIFF MOTION OF CARLOS GUILLERMO JULIAN VEGA**<br><br>**CLASS ACTION** |

Henry C. Reusch, Cheryl D. Puccio and Mihaita Virjoghe (collectively, the "Zoompass Investor Group") having reviewed the competing lead plaintiff motions, do not appear to have the largest financial interest as it appears Movant Carlos Guillermo Julian Vega has the largest financial interest in this action. Thus, the Zoompass

1

Investor Group does not oppose the competing lead plaintiff motion of Carlos Guillermo Julian Vega (Doc. No. 3). This non-opposition shall have no impact on the Zoompass Investor Group's memberships in the proposed class, their right to share in any recovery obtained for the benefit of class members, and their ability to serve as representative parties should the need arise.

Dated: August 22, 2017              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

_____/s/ Laurence Rosen_____
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

**LITE DEPALMA GREENBERG LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
Email: bgreenberg@litedepalma.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com

ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296
Email:peretz@bgandg.com

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen