| | |
|---|---|
| James E. Cecchi | Lionel Z. Glancy |
| Lindsey H. Taylor | Robert V. Prongay |
| Donald A. Ecklund | Lesley F. Portnoy |
| CARELLA, BYRNE, CECCHI, | GLANCY PRONGAY & MURRAY LLP |
| OLSTEIN, BRODY & AGNELLO, P.C. | 1925 Century Park East, Suite 2100 |
| 5 Becker Farm Road | Los Angeles, California 90067 |
| Roseland, New Jersey 07068 | Telephone: (310) 201-9150 |
| Telephone: (973) 994-1700 | |
| | *Counsel for Proposed Lead Plaintiff Robert S.* |
| *Liaison Counsel for Proposed Lead* | *Davis and Proposed Lead Counsel for the* |
| *Plaintiff Robert S. Davis and the Class* | *Class* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NAYMISH PATEL, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:17-cv-03831-JLL-JAD |
| Plaintiff, | |
| v. | |
| ZOOMPASS HOLDINGS, INC., ROBERT LEE, and BRIAN MORALES, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION BY ROBERT S. DAVIS TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

On July 31, 2017, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), Robert S. Davis ("Movant") timely filed a motion for appointment as lead plaintiff and approval of his selection of counsel in connection with the above-captioned securities fraud class action. Three similar motions were filed by other putative class members in this action.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Movant does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Movant does not oppose the competing motions.

However, were the Court to determine that the other lead plaintiff movants with losses larger than Movant's are incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as class representative. By this Notice of Non-Opposition, Movant does not waive his rights to participate and recover as a class member in this litigation.

2

| | |
|---|---|
| Dated: August 22, 2017 | Respectfully submitted,<br><br>**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br><br>By: /s/ Donald A. Ecklund<br>James E. Cecchi<br>Lindsey H. Taylor<br>Donald A. Ecklund<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: (973) 994-1700<br><br>*[Proposed] Liaison Counsel for the Class*<br><br>**GLANCY PRONGAY & MURRAY LLP**<br>Lionel Z. Glancy<br>Robert V. Prongay<br>Lesley F. Portnoy<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Tel: (310) 201-9150<br>Fax: (310) 201-9160<br><br>*[Proposed] Lead Counsel for Movant and the Class* |