**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NAYMISH PATEL, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiff,

v.

ZOOMPASS HOLDINGS, INC., *et al.*,

Defendants.

Civil Action No.: 17-3831 (JLL)

**ORDER**

This matter comes before the Court by way of a motion to dismiss filed by Defendants Zoompass Holdings, Inc., Robert Lee, and Brian Morales ("Defendants"). (ECF No. 28). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 7th day of August, 2018,

**ORDERED** that Defendants' Motions to Dismiss (ECF No. 28) is hereby GRANTED; and it is further

**ORDERED** that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED** that Plaintiff shall file his amended complaint within 14 days of the date of this Order to address the deficiencies identified in the Court's corresponding Opinion; and it is further

**ORDERED** that if Plaintiff fails to timely file an amended complaint, this Court's

dismissal of Plaintiff's FAC shall be considered with prejudice.

**SO ORDERED.**

JOSE L. LINARES
Chief Judge, United States District Court