UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAYMISH PATEL, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> ZOOMPASS HOLDINGS, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 17-3831 (JLL) <br><br> **ORDER** |

This matter comes before the Court by way of a motion to dismiss filed by Defendants Zoompass Holdings, Inc., Robert Lee, and Brian Morales ("Defendants"). (ECF No. 35). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 23rd day of January, 2019,

**ORDERED** that Defendants' Motions to Dismiss, (ECF No. 35), is hereby GRANTED; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter CLOSED.

**SO ORDERED.**

JOSE L. LINARES
Chief Judge, United States District Court